**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **JAMES E. SMITH** | 1:06-cv-01637-AWI WMW HC |
| Petitioner, | |
| vs. | **ORDER DIRECTING CLERK OF COURT TO CLOSE CASE AND REFILE PETITION** |
| **MIKE KNOWLES, et al.,** | |
| Respondents. | |

The court has determined that the original document in this case, a petition for a writ of mandamus, should have been filed in Smith v. Chrones, 1:06-cv-01799-OWW-GSA PC. Accordingly, the Clerk of the Court is HEREBY DIRECTED to refile documents nos. 1 and 8 from this case in Smith v. Chrones, 1:06-cv-01799-OWW-GSA PC. The Clerk of the Court is further DIRECTED to close this case and to not accept any further filings in this case. All further filings should be in Smith v. Chrones, 1:06-cv-01799-OWW-GSA PC.

IT IS SO ORDERED.

Dated:   December 20, 2007                        /s/ Anthony W. Ishii
                                                  UNITED STATES DISTRICT JUDGE